Open a FREE Account | Log in | Help 



Enter search term... | Whois Search | Search

HOME | RESEARCH | MONITOR | BUY DOMAINS | LEARN | OPEN AN ACCOUNT

More Domains
Reverse Whois
History Details
Get Notified
Trademark Monitor
Screenshot History

## Whois Record For HardXxxTube.com

Like 5K  +1



| Whois Record | Site Profile | Registration | Server Stats | My Whois |

Reverse Whois: **"WhoisGuard"** was found in about 974,015 other domains
Email Search: support@namecheap.com is associated with about **1,564,449** domains
Registrar History: **2 registrars**
NS History: **2 changes** on 3 unique name servers over **4** years.
IP History: **10 changes** on 10 unique name servers over **4** years.
Whois History: **30 records** have been archived **since 2007-11-09**.
Reverse IP: **5 other sites** hosted on this server.

Log In or Create a FREE account to start monitoring this domain name

**DomainTools for Windows®**
Now you can access domain ownership records anytime, anywhere...
**right from your own desktop!** Download Now>

```
Registration Service Provided By: Namecheap.com
Contact: support@namecheap.com

Visit: http://namecheap.com

Domain name: hardxxxtube.com

Registrant Contact:
    WhoisGuard
    WhoisGuard Protected ()

    Fax:
    11400 W. Olympic Blvd. Suite 200
    Los Angeles, CA 90064
    US

Administrative Contact:
    WhoisGuard
    WhoisGuard Protected (
 322020de8558443c961407c5192a6fe8.protect@whoisguard.com )
    +1.6613102107
    Fax: +1.6613102107
    11400 W. Olympic Blvd. Suite 200
    Los Angeles, CA 90064
    US

Technical Contact:
    WhoisGuard
    WhoisGuard Protected (
 322020de8558443c961407c5192a6fe8.protect@whoisguard.com )
    +1.6613102107
    Fax: +1.6613102107
    11400 W. Olympic Blvd. Suite 200
    Los Angeles, CA 90064
    US

Status: Locked

Name Servers:
    NS1.NETVERTISE.US
    NS2.NETVERTISE.US

Creation date: 09 Nov 2007 12:20:00
Expiration date: 09 Nov 2011 12:20:00
```

GRAB YOUR .ES DOMAIN FOR ONLY 5EUR / $7.50*

Country TLDs | General TLDs

Available domains for registration:
☐ HardXxxTube.at — Register
☐ HardXxxTube.be — Register
☐ HardXxxTube.ch — Register
☐ HardXxxTube.cn — Register
☐ HardXxxTube.co.uk — Register
☐ HardXxxTube.dk — Register
☐ HardXxxTube.es — Register
☐ HardXxxTube.eu — Register
☐ HardXxxTube.fr — Register
☐ HardXxxTube.in — Register

Register All Selected >   Show all (18) >

**Related Results**

**Video Solutions**
All work is guaranteed!
Click here for more info

**Roto Rooter Plumbing Sewer &**
Roto Rooter Plumbing Sewer & Drain
Serving Clarks Summit, PA

**Roto Rooter Septic Tank Service**
Roto Rooter Septic Tank Service
Serving Clarks Summit, PA

**Colarusso's Cafe**
Colarusso's Cafe
Serving Clarks Summit, PA

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2011 DomainTools, LLC All rights reserved.

converted by Web2PDFConvert.com