IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| FRASERSIDE IP LLC, An Iowa Limited Liability Company, | ) ) ) | |
| Plaintiff, | ) ) | No. C11-3034-MWB |
| vs. | ) ) ) | NOTICE OF DISMISSAL |
| NETVERTISING LTD d/b/a HardXXXTube.com, RICHARD SZELES, LASLO RACZ, and JOHN DOES 1-100 AND JOHN DOE COMPANIES 1-100, | ) ) ) ) | |
| Defendants. | ) | |

This action is dismissed pursuant to Local Rule 41, a copy of which is attached, unless appropriate action is taken by or not later than 4/19/2012 .

DATED: 3/20/2012

ROBERT L. PHELPS
U.S. District Court
Northern District of Iowa

By: ___/s/ djs_____
Clerk