IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| FRASERSIDE IP LLC, An Iowa Limited Liability Company,<br><br>    Plaintiff,<br><br>vs.<br><br>Netvertising Ltd, dba HardXXXTube.com and Richard Szeles and Laslo Rasz and John Does 1-100 and John Doe Companies 1-100,<br><br>    Defendants. | No. C11-3034-MWB<br><br>**ORDER** |

_____

The amended notice of dismissal (Doc. No. 11) filed on March 20, 2012, is **stricken**.

**IT IS SO ORDERED.**

**DATED** this 21st day of March, 2012.

_____
PAUL A. ZOSS
CHIEF MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT