# UNITED STATES DISTRICT COURT
# IN AND FOR THE NORTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| FRASERSIDE IP LLC, an Iowa Limited Liability Company, | ) ) ) |
| Plaintiffs, | ) CASE NO. 11-cv-03033-MWB ) ) APPEARANCE |
| vs. | ) ) |
| NETVERTISING LTD., d/b/a HardSexTube.com and WHOISGUARD, d/b/a HardSexTube.com and RICHARD SZELES, LASLO RACZ, and JOHN DOES 1 – 100 and JOE DOE COMPANIES 1 – 100, | ) ) ) ) ) ) |
| Defendants. | ) |

COME NOW Connie Alt and Jennifer E. Rinden of Shuttleworth & Ingersoll, PLC, and hereby enter their appearance of record on behalf of Defendants Netvertising Ltd., d/b/a HardSexTube.com, Richard Szeles and Laslo Racz.

          /s/ Connie Alt  /s/ Jennifer Rinden
CONNIE ALT  AT0000497
JENNIFER E. RINDEN    AT0006606
        for
SHUTTLEWORTH & INGERSOLL, P.C.
500 US Bank Bldg., P.O. Box 2107
Cedar Rapids, IA 52406
PHONE:    (319) 365-9461
FAX:    (319) 365-8564
cma@shuttleworthlaw.com
jer@shuttleworthlaw.com
**ATTORNEYS FOR DEFENDANTS NETVERTISING LTD., D/B/A HARDSEXTUBE.COM, RICHARD SZELES AND LASLO RACZ**

COPY TO:

Chad Belville
Chad Belville Attorney at Law
P.O. Box 17879
Phoenix, AZ  85066

> **CERTIFICATE OF SERVICE**
>
>   The undersigned hereby certifies that a copy of this document was served upon counsel of record for each party to the action in compliance with FRCP 5 on April 2, 2012 by:
>
> [ x ] Electronically via ECF for ECF registrants
> [ ] U.S. Mail _____
> [ ] Fax _____
> [ ] Fed Ex _____
> [ ] Hand Delivered _____
> [ ] other _____
>
> **ANNE JOHNSON**