# UNITED STATES DISTRICT COURT
## IN AND FOR THE NORTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | |
|---|---|
| FRASERSIDE IP LLC, an Iowa Limited Liability Company, | ) ) ) |
| Plaintiffs, | ) CASE NO. 11-cv-03034-MWB ) ) APPEARANCE |
| vs. | ) ) |
| NETVERTISE LTD., d/b/a HardXXXTube.com and WHOISGUARD, d/b/a HardXXXTube.com and RICHARD SZELES, LASLO RACZ, and JOHN DOES 1 – 100 and JOE DOE COMPANIES 1 – 100, | ) ) ) ) ) ) |
| Defendants. | ) |

COME NOW Connie Alt and Jennifer E. Rinden of Shuttleworth & Ingersoll, PLC, and hereby enter their appearance of record on behalf of Defendants Netvertise Ltd., d/b/a HardSexTube.com, Richard Szeles and Laslo Racz.

    /s/ Connie Alt  /s/ Jennifer Rinden
CONNIE ALT   AT0000497
JENNIFER E. RINDEN   AT0006606
    for
SHUTTLEWORTH & INGERSOLL, P.C.
500 US Bank Bldg., P.O. Box 2107
Cedar Rapids, IA 52406
PHONE:      (319) 365-9461
FAX:          (319) 365-8564
cma@shuttleworthlaw.com
jer@shuttleworthlaw.com
**ATTORNEYS FOR DEFENDANTS NETVERTISE LTD., D/B/A HARDXXXTUBE.COM, RICHARD SZELES AND LASLO RACZ**

COPY TO:

Chad Belville
Chad Belville Attorney at Law
P.O. Box 17879
Phoenix, AZ  85066

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of this document was served upon counsel of record for each party to the action in compliance with FRCP 5 on April 2, 2012 by:

[ x ] Electronically via ECF for ECF registrants
[ ] U.S. Mail _____
[ ] Fax _____
[ ] Fed Ex _____
[ ] Hand Delivered _____
[ ] other _____

**ANNE JOHNSON**