IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| **FRASERSIDE IP LLC** *an Iowa LLC*, | ) ) ) | |
| Plaintiffs, | ) ) | C11-3034 MWB |
| vs. | ) ) | **PRO HAC VICE** |
| **NETVERTISING LTD, RICHARD SZELES, LASLO RACZ, JOHN DOES 1-100 & JOHN DOE COMPANIES 1-100.** | ) ) ) ) ) | **ORDER** |
| Defendants. | ) ) | |

Upon application and pursuant to Administrative Order 1213,[1] **it is ORDERED** the motion for Valentin Gurvits (doc. no. 15) leave to appear pro hac vice is granted.

Attorney, Valentin Gurvits, of Boston Law Group, PC, 825 Beacon Street, Suite 20, Newton Centre, MA 02459 (617) 928 - 1804, is admitted to practice in the Northern District of Iowa for the purpose of trying the above-captioned matter, on behalf of Defendants Netvertise, Ltd., Richard Szeles, and Laslo Racz.

**DATED** this <u>12th Day of April 2012</u>


<u>Robert L Phelps</u>
Clerk U. S. District Court Northern District of Iowa      By Deputy Clerk: <u>s/src</u>

---

[1] Administrative Order 1213, filed January 31, 1994, gives the Clerk of Court authority to grant certain unresisted motions.

PROHAC.wpd