# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = fraserside ip
Search Results: Displaying 1 of 1 entries

Labeled View

***A taste of pleasure & 84 other titles.***

**Type of Work:** Recorded Document
**Document Number:** V3602D542
**Date of Recordation:** 2011-11-16
**Entire Copyright Document:** V3602 D542 P1-5
**Date of Execution:** 8Dec10; date of cert.: 9Dec10
**Title:** A taste of pleasure & 84 other titles.
**Notes:** Transfer of copyright and common law copyright rights.
**Party 1:** Fraserside Holdings, Ltd.
**Party 2:** FraserSide IP, LLC.
**Links:** List of Titles
**Names:** Fraserside Holdings, Ltd.
FraserSide IP, LLC.

| Save, Print and Email (Help Page) | | |
|---|---|---|
| Select Download Format | Full Record | Format for Print/Save |
| Enter your email address: | | Email |

Help Search History Titles Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page