## TANÚSÍTVÁNY – CERTIFICATE

Az alulírott hatóságnak van szerencséje az Egyezmény 6. cikkének megfelelően igazolni,
The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention

1. hogy az iratot kézbesítették*
   that the document has been served*

   — the **March 9, 2012** napján.

   — at **6600 Szentes, József Attila u. 11. I/4., Hungary** (kézbesítés helye; helység, utca, házszám) (place, street, number)

   — az 5. cikkben meghatározott alábbi kézbesítési módok egyike szerint:
     in one of the following methods authorised by Article 5:

     a) a törvényes kézbesítési módok egyike szerint (5. cikk első bekezdés a) pont)*
        in accordance with the provisions of sub-paragraph a) of the first paragraph of article 5 of the Convention*

     b) ~~az alábbi különleges formában:*~~
        ~~in accordance with the following particular method:*~~

     c) ~~a címzettnek történt egyszerű átadás útján, aki azt önként átvette*~~
        ~~by delivery to the addressee, who accepted it voluntarily*~~

   A megkeresésben megjelölt iratok az alábbi személy részére kerültek átadásra:
   The documents referred to in the request have been delivered to:

   — név:
     identity of the person: **Ms. Imréné Széles**

   — a címzetthez fűződő családi, üzleti vagy egyéb kapcsolata:
     relationship to the addressee (family, business or other): **authorized representative**

2. ~~hogy az iratot az alábbi okból nem kézbesítették:*~~
   ~~that the document has not been served, by reason of the following facts:*~~

Az Egyezmény 12. cikkének második bekezdésére figyelemmel kérjük a megkereső szervet, hogy a csatolt költségjegyzékben részletezett költségeket fizesse meg vagy térítse meg.*
In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement.*

Mellékletek – Annexes

Visszaküldött iratok / documents returned:

- **Copy of documents served**

Kiállítva
Done at
**Budapest**

Adott esetben a kézbesítés megtörténtét igazoló iratok / In appropriate cases, documents establishing the service:

- **Notice of receipt**

napján
the **March 27, 2012**

Aláírás és/vagy bélyegző / Signature and / or

* a nem kívánt rész törlendő / Delete if inappropriate

Feladó: **SZENTESI VÁROSI BÍRÓSÁG**
Szentes, Erzsébet tér 4.
6601 Pf 40

„B" vevényminta
Modèle avis de réception „B"
Receipt model „B"
Muster „B"

Administration des postes de Hongrie

| | |
|---|---|
| Felvevő posta tölti ki | |
| A remplir par le bureau d'origine, | |
| Felvevő posta - Bureau de dépôt | |

Küldeményazonosító No
RL 6601 002 181 915 5

Felvétel kelte
Date de dépôt

Felvevő posta
Timbre du bureau de poste d'origine
Seal of the post office of origin
Annahmenpostamt

Tértivevény külföldi hivatalos irat belföldi kézbesítéséhez
Avis de réception pour la distribution intérieure des pièces internationales
Notice of receipt for foreign document to be delivered inland
Rückschein für die Zustellung von Auslandsschreiben im Inland

[postmark: SZENTES MP 2012 03 08 P]

A tértivevény visszaküldendő:
**SZENTESI VÁROSI BÍRÓSÁG**
Szentes, Erzsébet tér 4.
6601 Pf 40

4.Pk.50.032/2012.

Különleges feljegyzések

Külföldi bíróság megjelölése:
Indication du tribunal étranger:
Indication of the foreign court:
Bezeichnung des ausländischen Gerichts:

Egyesült Államok Kerületi Bíróság
Iowa állam északi kerülete

Az irat / La pièce / The document / des Schreibens:
- száma / No / Number / Nummer: **11-cv-3033-MWB**
- neve / genre / kind / art: **idézés polgári perben**
- mellékletei / annexes / annexes: **keresetlevél**

A címzett / Le destinataire / Addressee / der Empfänger:
- neve / Nom / name / Name: **Netvertising Kft.**
- címe / adresse / address / Adresse: **6600 Szentes József Attila utca 11. I/4.**

Az átvétel ideje / Date de la réception / Date of receipt / Datum der Entgegennahme: **2012 03 09**

Az átvevő aláírása / Signature du destinataire / Signature of the recipient / Unterschrift der entgegennehmende Person: [signature]

A címzetthez fűződő kapcsolata / Lien avec le destinataire / Relationship to the addressee / Beziehung zum Empfänger: **meghatalmazott**

Az átvevő neve / Nom de la personne reprenant la pièce / Name of the recipient / Name der entgegennehmenden Person: **SZELES IMRE/HS**

Az átvevő lakóhelye / Adresse de la personne reprenant la pièce / Address of the recipient / Anschrift der entgegennehmenden Person:

(Ha az iratot a címzett helyett más, arra jogosult veszi át, az átvevő nevét, lakóhelyét, valamint a címzetthez fűződő rokoni vagy egyéb kapcsolatát fel kell tüntetni.)
(Si la pièce est remise à une personne autorisée autre que le destinataire, le nom et l'adresse de cette personne ainsi que son lien (familial ou autre) avec le destinataire doit être indiqué.)
(If the document was served to an authorised person other than the addressee, the name and address of the recipient as well as his/her family or other relationship to the addressee has to be indicated.)
(Wenn das Schriftstück statt vom Empfänger von einer anderen, dazu berechtigten Person entgegengenommen wird, muss der Name, Anschrift dieser Person, sowie seine/ihre Verwandtschafts- oder sonstige Beziehung zum Empfänger angegeben werden.)

A kézbesítő aláírása az irat átvétele esetén:
Signature de l'agent en cas de réception:
Signature of the deliverer in case of receipt:
Unterschrift des Zustellers im Fall der Entgegennahme des Schreibens:
**6872** [signature]

Egyéb esetekben a kézbesítő tájékoztatása a túloldalon.
Au cas éventuel rapport de l'agent au verso
In other cases please refer to the report of the deliverer entered overleaf.
In sonstigen Fallen ist die Bericht des Zustellers auf der Rückseite zu finden.

A postai ellenőr aláírása
Signature du contrôleur du bureau de poste

Kézbesítő posta
Timbre du bureau de poste de distribution
Seal of the post office effectuating the service
Zustellpostamt

# TANÚSÍTVÁNY – CERTIFICATE

Az alulírott hatóságnak van szerencséje az Egyezmény 6. cikkének megfelelően igazolni,
The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention

1. hogy az iratot kézbesítették*
   that the document has been served*

   — the **March 9, 2012** napján.

   — at **6600 Szentes, József Attila u. 11. I/4., Hungary** (kézbesítés helye; helység, utca, házszám)
   (place, street, number)

   — az 5. cikkben meghatározott alábbi kézbesítési módok egyike szerint:
   in one of the following methods authorised by Article 5:

   a) **a törvényes kézbesítési módok egyike szerint (5. cikk első bekezdés a) pont)***
   **in accordance with the provisions of sub-paragraph a) of the first paragraph of article 5 of the Convention***

   b) ~~az alábbi különleges formában:*~~
   ~~in accordance with the following particular method:*~~

   c) ~~a címzettnek történt egyszerű átadás útján, aki azt önként átvette*~~
   ~~by delivery to the addressee, who accepted it voluntarily*~~

   A megkeresésben megjelölt iratok az alábbi személy részére kerültek átadásra:
   The documents referred to in the request have been delivered to:

   — név:
   identity of the person: **Ms. Imréné Széles**

   — a címzetthez fűződő családi, üzleti vagy egyéb kapcsolata:
   relationship to the addressee (family, business or other): **family member**

~~2. hogy az iratot az alábbi okból nem kézbesítették:*~~
~~that the document has not been served, by reason of the following facts:*~~

Az Egyezmény 12. cikkének második bekezdésére figyelemmel kérjük a megkereső szervet, hogy a csatolt költségjegyzékben részletezett költségeket fizesse meg vagy térítse meg.*
In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement.*

Mellékletek – Annexes

Visszaküldött iratok / documents returned:

- **Copy of documents served**

Kiállítva
Done at
**Budapest**

Adott esetben a kézbesítés megtörténtét igazoló iratok / In appropriate cases, documents establishing the service:
- **Notice of receipt**

napján
the **March 27, 2012**

Aláírás és/vagy bélyegző / Signature and / or stamp

* a nem kívánt rész törlendő / Delete if inappropriate

| Feladó **SZENTESI VÁROSI BÍRÓSÁG** |
| Szentes, Erzsébet tér 4. |
| 6601 Pf. 40 |

„B" vevevény minta
Modèle avis de réception „B"
Receipt model „B"
Muster „B"

| Administration des postes de Hongrie | Tértivevény külföldi hivatalos irat belföldi kézbesítéséhez | A tértivevény visszaküldendő: |
|---|---|---|
| Felvevő posta tölti ki / A remplir par le bureau d'origine, | Avis de réception pour la distribution intérieure des pièces internationales | **SZENTESI VÁROSI BÍRÓSÁG** Szentes, Erzsébet tér 4. 6601 Pf. 40 |
| Felvevő posta - Bureau de dépôt | Notice of receipt for foreign document to be delivered inland | Pk.50.031/2012. |
| RL 6601 002 181 914 2 | Rückschein für die Zustellung von Auslandsschreiben im Inland | |
| Felvétel kelte / Date de dépôt | | Különleges feljegyzések |

Felvevő posta / Timbre du bureau de poste d'origine / Seal of the post office of origin / Annahmenpostamt

[Postmark: SZENTES 1 MP 2012 03 08]

Külföldi bíróság megjelölése: / Indication du tribunal étranger: / Indication of the foreign court: / Bezeichnung des ausländischen Gerichts:

Egyesült Államok Kerületi Bíróság
Iowa állam északi kerülete

| | száma: No: Number: Nummer: | 11-cv-3033-MWB | A címzett Le destinataire Addressee der Empfänger | neve: Nom: name: Name: | Széles Richárd |
|---|---|---|---|---|---|
| Az irat La pièce The document des Schreibens | neme: genre: kind: art: | idézés polgári perben | | címe: adresse: address: Adresse: | 6600 Szentes József Attila utca 11. I/4. |
| | mellékletei: annexes: annexes: | keresetlevél | | | |

Az átvétel ideje: / Date de la réception / Date of receipt: / Datum der Entgegennahme: **2012. 03. 09**

Az átvevő aláírása: / Signature du destinataire / Signature of the recipient: / Unterschrift der entgegennehmende Person: [signature]

A címzetthez fűződő kapcsolata: / Lien avec le destinataire / Relationship to the addressee / Beziehung zum Empfänger: **Mama**

Az átvevő neve: / Nom de la personne reprennant la pièce: / Name of the recipient: / Name der entgegennehmenden Person: **SZÉLES IMRÉNÉ**

A kézbesítő aláírása az irat átvétele esetén / Signature de l'agent en cas de réception / Signature of the deliverer in case of receipt: / Unterschrift des Zustellers im Fall der Entgegennahme des Schreibens: **6872** [signature]

Egyéb esetekben a kézbesítő tájékoztatása a túloldalon. / Au cas éventuel rapport de l'agent au verso / In other cases please refer to the report of the deliverer entered overleaf / In sonstigen Fällen ist die Bericht des Zustellers auf der Rückseite zu finden.

Az átvevő lakóhelye: / Adresse de la personne reprennant la pièce: / Address of the recipient: / Anschrift der entgegennehmenden Person:

(Ha az iratot a címzett helyett más, arra jogosult veszi át, az átvevő nevét, lakóhelyét, valamint a címzetthez fűződő rokoni vagy egyéb kapcsolatát fel kell tüntetni.)
(Si la pièce est remise à une personne autorisée autre que le destinataire, le nom et l'adresse de cette personne ainsi que son lien (familial ou autre) avec le destinataire doit être indiqué.)
(If the document was served to an authorised person other than the addressee, the name and address of the recipient as well as his/her family or other relationship to the addressee has to be indicated.)
(Wenn das Schriftstück statt vom Empfänger von einer anderen, dazu berechtigten Person entgegengenommen wird, muss der Name, Anschrift dieser Person, sowie seine/ihre Verwandtschafts- oder sonstige Beziehung zum Empfänger angegeben werden.)

A postai ellenőr aláírása / Signature du contrôleur du bureau de poste / Signature of post office controller

Timbre du bureau de poste de distribution / Seal of the post office effectuating the service / Zustellpostamt

## TANÚSÍTVÁNY – CERTIFICATE

Az alulírott hatóságnak van szerencséje az Egyezmény 6. cikkének megfelelően igazolni,
The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention

1. hogy az iratot kézbesítették*
   that the document has been served*

   — the **March 9, 2012** napján.

   — at **6600 Szentes, József Attila u. 11. I/4., Hungary** (kézbesítés helye; helység, utca, házszám)
   (place, street, number)

   — az 5. cikkben meghatározott alábbi kézbesítési módok egyike szerint:
   in one of the following methods authorised by Article 5:

   a) **a törvényes kézbesítési módok egyike szerint (5. cikk első bekezdés a) pont)***
      **in accordance with the provisions of sub-paragraph a) of the first paragraph of article 5 of the Convention***

   b) ~~az alábbi különleges formában:*~~
      ~~in accordance with the following particular method:*~~

   c) ~~a címzettnek történt egyszerű átadás útján, aki azt önként átvette*~~
      ~~by delivery to the addressee, who accepted it voluntarily*~~

   A megkeresésben megjelölt iratok az alábbi személy részére kerültek átadásra:
   The documents referred to in the request have been delivered to:

   — név:
     identity of the person: **Ms. Imréné Széles**

   — a címzetthez fűződő családi, üzleti vagy egyéb kapcsolata:
     relationship to the addressee (family, business or other): **family member**

~~2. hogy az iratot az alábbi okból nem kézbesítették:*~~
   ~~that the document has not been served, by reason of the following facts:*~~

Az Egyezmény 12. cikkének második bekezdésére figyelemmel kérjük a megkereső szervet, hogy a csatolt költségjegyzékben részletezett költségeket fizesse meg vagy térítse meg.*
In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement.*

Mellékletek – Annexes

Visszaküldött iratok / documents returned:
- **Copy of documents served**

Kiállítva
Done at
**Budapest**

Adott esetben a kézbesítés megtörténtét igazoló iratok / In appropriate cases, documents establishing the service:
- **Notice of receipt**

napján
the **March 27, 2012**

Aláírás és/vagy bélyegző / Signature and / or stamp

* a nem kívánt rész törlendő / Delete if inappropriate

"B" vevenyminta
Modèle avis de réception „B"
Receipt model „B"
Muster „B"

**Feladó:**
SZENTESI VÁROSI BÍRÓSÁG
Szentes, Erzsébet tér 4.
6601 Pf. 40

Administration des postes de Hongrie

| Felvevő posta tölti ki / A remplir par le bureau d'origine, |
| --- |
| Felvevő posta - Bureau de dépôt |
| Küldeményazonosító - No RL 6601 002 181 918 4 |
| Felvétel kelte / Date de dépôt |

Tértivevény külföldi hivatalos irat belföldi kézbesítéséhez
Avis de réception pour la distribution intérieure des pièces internationales
Notice of receipt for foreign document to be delivered inland
Rückschein für die Zustellung von Auslandsschreiben im Inland

A tértivevény visszaküldendő:
SZENTESI VÁROSI BÍRÓSÁG
Szentes, Erzsébet tér 4.
6601 Pf. 40

**4.Pk.50.030/2012.**

Különleges feljegyzések

Felvevő posta
Timbre du bureau de poste d'origine
Seal of the post office of origin
Annahmenpostamt

[postmark: SZENTES 1, 2012 03 08]

Külföldi bíróság megjelölése:
Indication du tribunal étranger:
Indication of the foreign court:
Bezeichnung des ausländischen Gerichts:

**Egyesült Államok Kerületi Bíróság**
**Iowa állam északi kerülete**

| Az irat / La pièce / The document / des Schreibens | száma / No / Number / Nummer: | **11-cv-3033-MWB** |
| --- | --- | --- |
| | neme / genre / kind / art: | **idézés polgári perben** |
| | mellékletei / annexes / annexes: | **keresetlevél** |

| A címzett / Le destinataire / Addressee / der Empfänger | neve / Nom / name / Name: | **Rácz László** |
| --- | --- | --- |
| | cime / adresse / address / Adresse: | **6600 Szentes József Attila utca 11. I/4.** |

Az átvétel ideje / Date de la réception / Date of receipt / Datum der Entgegennahme: **2012. 03. 09**

Az átvevő aláírása / Signature du destinataire / Signature of the recipient / Unterschrift der entgegennehmende Person: [signature]

A címzetthez fűződő kapcsolata / Lien avec le destinataire / Relationship to the addressee / Beziehung zum Empfänger: **mama**

Az átvevő neve / Nom de la personne reprennant la pièce / Name of the recipient / Name der entgegennehmenden Person: **SZÉLES IMRÉNÉ**

Az átvevő lakóhelye / Adresse de la personne reprennant la pièce / Address of the recipient / Anschrift der entgegennehmenden Person:

(Ha az iratot a címzett helyett más, arra jogosult veszi át, az átvevő nevét, lakóhelyét, valamint a címzetthez fűződő rokoni vagy egyéb kapcsolatát fel kell tüntetni.)
(Si la pièce est remise à une personne autorisée autre que le destinataire, le nom et l'adresse de cette personne ainsi que son lien (familial ou autre) avec le destinataire doit être indiqué.)
(If the document was served to an authorised person other than the addressee, the name and address of the recipient as well as his/her family or other relationship to the addressee has to be indicated.)
(Wenn das Schriftstück statt vom Empfänger von einer anderen, dazu berechtigten Person entgegengenommen wird, muss der Name, Anschrift dieser Person, sowie seine/ihre Verwandtschafts- oder sonstige Beziehung zum Empfänger angegeben werden.)

A kézbesítő aláírása az irat átvétele esetén:
Signature de l'agent en cas de réception:
Signature of the deliverer in case of receipt:
Unterschrift des Zustellers im Fall der Entgegennahme des Schreibens: **6842** [signature]

Egyéb esetekben a kézbesítő tájékoztatása a túloldalon.
Au cas éventuel rapport de l'agent au verso
In other cases please refer to the report of the deliverer entered overleaf
In sonstigen Fallen ist die Bericht des Zustellers auf der Rückseite zu finden.

A postai ellenőr aláírása
Signature du contrôleur du bureau de poste
Signature of post office controller

Kézbesítő posta
Timbre du bureau de poste de distribution
Seal of the post office effectuating the service
Zustellpostamt

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Iowa

| | |
|---|---|
| Fraserside IP LLC, and Iowa Limited Liability Company <br> *Plaintiff* <br> v. <br> Netvertise Ltd., dba HardXXXTube.com and Richard Szeles and Laslo Racz <br> *Defendant* | ) ) ) ) ) Civil Action No. C11-3034 MWB ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Netvertising Ltd, dba HardXXX Tube
Richard Szeles
Laslo Racz
Jozsef Attila utca 11 I/4
Szentes, Csongrad 6600
Hungary

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____07/19/2011_____      S/src
                                    *Signature of Clerk or Deputy Clerk*

# TANÚSÍTVÁNY – CERTIFICATE

Az alulírott hatóságnak van szerencséje az Egyezmény 6. cikkének megfelelően igazolni,
The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention

1. hogy az iratot kézbesítették*
   that the document has been served*

   — the **March 9, 2012** napján.

   — at **6600 Szentes, József Attila u. 11. I/4., Hungary**  (kézbesítés helye; helység, utca, házszám)
   (place, street, number)

   — az 5. cikkben meghatározott alábbi kézbesítési módok egyike szerint:
   in one of the following methods authorised by Article 5:

   a) **a törvényes kézbesítési módok egyike szerint (5. cikk első bekezdés a) pont)***
      **in accordance with the provisions of sub-paragraph a) of the first paragraph of article 5 of the Convention***

   b) ~~az alábbi különleges formában:*~~
      ~~in accordance with the following particular method:*~~

   c) ~~a címzettnek történt egyszerű átadás útján, aki azt önként átvette*~~
      ~~by delivery to the addressee, who accepted it voluntarily*~~

   A megkeresésben megjelölt iratok az alábbi személy részére kerültek átadásra:
   The documents referred to in the request have been delivered to:

   — név:
     identity of the person: **Ms. Imréné Széles**

   — a címzetthez fűződő családi, üzleti vagy egyéb kapcsolata:
     relationship to the addressee (family, business or other): **authorized representative**

2. ~~hogy az iratot az alábbi okból nem kézbesítették:*~~
   ~~that the document has not been served, by reason of the following facts:*~~

Az Egyezmény 12. cikkének második bekezdésére figyelemmel kérjük a megkereső szervet, hogy a csatolt költségjegyzékben részletezett költségeket fizesse meg vagy térítse meg.*
In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement.*

Mellékletek – Annexes

Visszaküldött iratok / documents returned:

- Copy of documents served

Kiállítva
Done at
**Budapest**

Adott esetben a kézbesítés megtörténtét igazoló iratok / In appropriate cases, documents establishing the service:

- **Notice of receipt**

napján
the **March 27, 2012**

Aláírás és/vagy bélyegző / Signature and / or stamp

* a nem kívánt rész törlendő / Delete if inappropriate

| Feladó: | SZENTESI VÁROSI BÍRÓSÁG |
| --- | --- |
| | Szentes, Erzsébet tér 4. |
| | 6601 Pf 40 |

Administration des postes de Hongrie

Felvevő posta tölti ki
A remplir par le bureau d'origine,
Felvevő posta - Bureau de dépôt

RL 6601 002 181 916 8

Felvétel kelte
Date de dépôt

Tértivevény külföldi hivatalos irat belföldi kézbesítéséhez
Avis de réception pour la distribution intérieure des pièces internationales
Notice of receipt for foreign document to be delivered inland
Rückschein für die Zustellung von Auslandsschreiben im Inland

[Postmark: SZENTES MP 2012 03 08 B]

A tértivevény visszaküldendő:
SZENTESI VÁROSI BÍRÓSÁG
Szentes, Erzsébet tér 4.
6601 Pf 40

6.Pk.50.214/2011.

Különleges feljegyzések

Felvevő posta
Timbre du bureau de poste d'origine
Seal of the post office of origin
Annahmepostamt

Külföldi bíróság megjelölése:
Indication du tribunal étranger:
Indication of the foreign court:
Bezeichnung des ausländischen Gerichts:

Egyesült Államok Kerületi Bíróság
Iowa állam északi kerülete

| | száma / No / Number / Nummer: | C11-3034 MWB |
| --- | --- | --- |
| Az irat / La pièce / The document / des Schreibens: | neme / genre / kind / art: | idézés polgári perben |
| | mellékletei / annexes / annexes: | keresetlevél |

| A címzett / Le destinataire / Addressee / der Empfänger: | neve / Nom / name / Name: | Netvertising Kft. |
| --- | --- | --- |
| | címe / adresse / address / Adresse: | 6600 Szentes, József Attila u. 11. I/4. |

Az átvétel ideje:
Date de la réception.
Date of receipt:
Datum der Entgegennahme: 2012.03.09

Az átvevő aláírása:
Signature du destinataire:
Signature of the recipient:
Unterschrift der entgegennehmende Person: [signature]

A címzetthez fűződő kapcsolata:
Lien avec le destinataire
Relationship to the addressee
Beziehung zum Empfänger: meghatalmazott

Az átvevő neve:
Nom de la personne reprenant la pièce:
Name of the recipient:
Name der entgegennehmenden Person: SZELES IMRÉNÉ

Az átvevő lakóhelye:
Adresse de la personne reprenant la pièce:
Address of the recipient:
Anschrift der entgegennehmenden Person:

(Ha az iratot a címzett helyett más, arra jogosult veszi át, az átvevő nevét, lakóhelyét, valamint a címzetthez fűződő rokoni vagy egyéb kapcsolatát fel kell tüntetni.)
(Si la pièce est remise à une personne autorisée autre que le destinataire, le nom et l'adresse de cette personne ainsi que son lien (familial ou autre) avec le destinataire doit être indiqué.)
(If the document was served to an authorised person other than the addressee, the name and address of the recipient as well as his/her family or other relationship to the addressee has to be indicated.)
(Wenn das Schriftstück statt vom Empfänger von einer anderen, dazu berechtigten Person entgegengenommen wird, muss der Name, Anschrift dieser Person, sowie seine/ihre Verwandtschafts- oder sonstige Beziehung zum Empfänger angegeben werden.)

A kézbesítő aláírása az irat átvétele esetén:
Signature de l'agent en cas de réception:
Signature of the deliverer in case of receipt:
Unterschrift des Zustellers im Fall der Entgegennahme des Schreibens: [signature]

Egyéb esetekben a kézbesítő tájékoztatása a túloldalon.
Au cas éventuel rapport de l'agent au verso
In other cases please refer to the report of the deliverer entered overleaf.
In sonstigen Fallen ist die Bericht des Zustellers auf der Rückseite zu finden.

A postai ellenőr aláírása
Signature du contrôleur du bureau de poste

Timbre du bureau de poste de distribution.
Seal of the post office effectuating the service.
Zustellpostamt:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Iowa

| | |
|---|---|
| Fraserside IP LLC, and Iowa Limited Liability Company<br>*Plaintiff*<br>v.<br>Netvertise Ltd., dba HardXXXTube.com and Richard Szeles and Laslo Racz<br>*Defendant* | Civil Action No.  C11-3034 MWB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Netvertising Ltd, dba HardXXX Tube
Richard Szeles
Laslo Racz
Jozsef Attila utca 11 I/4
Szentes, Csongrad 6600
Hungary

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  07/19/2011                                                                S/src
                                                                        *Signature of Clerk or Deputy Clerk*

Reference number : XX-NMFO/JOGS2/1043/2012

## TANÚSÍTVÁNY – CERTIFICATE

Az alulírott hatóságnak van szerencséje az Egyezmény 6. cikkének megfelelően igazolni,
The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention

1. hogy az iratot kézbesítették*
   that the document has been served*

   — the **March 9, 2012** napján.

   — at **6600 Szentes, József Attila u. 11. I/4., Hungary** (kézbesítés helye; helység, utca, házszám)
   (place, street, number)

   — az 5. cikkben meghatározott alábbi kézbesítési módok egyike szerint:
     in one of the following methods authorised by Article 5:

     a) **a törvényes kézbesítési módok egyike szerint (5. cikk első bekezdés a) pont)***
        **in accordance with the provisions of sub-paragraph a) of the first paragraph of article 5 of the Convention***

     b) ~~az alábbi különleges formában:*~~
        ~~in accordance with the following particular method:*~~

     c) ~~a címzettnek történt egyszerű átadás útján, aki azt önként átvette*~~
        ~~by delivery to the addressee, who accepted it voluntarily*~~

   A megkeresésben megjelölt iratok az alábbi személy részére kerültek átadásra:
   The documents referred to in the request have been delivered to:

   — név:
     identity of the person: **Ms. Imréné Széles**

   — a címzetthez fűződő családi, üzleti vagy egyéb kapcsolata:
     relationship to the addressee (family, business or other): **family member**

~~2. hogy az iratot az alábbi okból nem kézbesítették:*~~
   ~~that the document has not been served, by reason of the following facts:*~~

Az Egyezmény 12. cikkének második bekezdésére figyelemmel kérjük a megkereső szervet, hogy a csatolt költségjegyzékben részletezett költségeket fizesse meg vagy térítse meg.*
In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement.*

Mellékletek – Annexes

Visszaküldött iratok / documents returned:

- **Copy of documents served**

Kiállítva
Done at
**Budapest**

Adott esetben a kézbesítés megtörténtét igazoló iratok / In appropriate cases, documents establishing the service:

- **Notice of receipt**

napján
the **March 27, 2012**

Aláírás és/vagy bélyegző / Signature and / or stamp

* a nem kívánt rész törlendő / Delete if inappropriate

„B" vevényminta
Modèle avis de réception „B"
Receipt model „B"
Muster „B"

| | |
|---|---|
| Adm. des postes de Hongrie | |
| Felvevő tölti ki / A remplir par le bureau d'origine, | Tértivevény külföldi hivatalos irat belföldi kézbesítéséhez |
| Felvevő posta - Bureau de dépôt | Avis de réception pour la distribution intérieure des pièces internationales |
| K. Küldemény azonosító - No. RL 6601 002 181 917 1 | Notice of receipt for foreign document to be delivered inland |
| Felvétel kelte / Date de dépôt | Rückschein für die Zustellung von Auslandsschreiben im Inland |

A tértivevény visszaküldendő:
**SZENTESI VÁROSI BÍRÓSÁG**
Szentes, Erzsébet tér 4.
6601 Pf 40

6.Pk.50.212/2011.

Különleges feljegyzések

[Postmark: SZENTES 1 MP 2012 03 08]

Felvevő posta / Timbre du bureau de poste d'origine / Seal of the post office of origin / Annahmenpostamt

Külföldi bíróság megjelölése:
Indication du tribunal étranger:
Indication of the foreign court:
Bezeichnung des ausländischen Gerichts:

**Egyesült Államok Kerületi Bíróság**
**Iowa állam északi kerülete**

Az irat / La pièce / The document / des Schreibens:
- száma / No / Number / Nummer: **C11-3034 MWB**
- neme / genre / kind / art: **idézés polgári perben**
- mellékletei / annexes / annexes: **keresetlevél**

A címzett / Le destinataire / Addressee / der Empfänger:
- neve / Nom / name / Name: **Rácz László**
- címe / adresse / address / Adresse: **6600 Szentes, József Attila u. 11. I/4.**

Az átvétel ideje: **2012 03.09**
Date de la réception.
Date of receipt:
Datum der Entgegennahme:

Az átvevő aláírása: [signature]
Signature du destinataire:
Signature of the recipient:
Unterschrift der entgegennehmende Person:

A címzetthez fűződő kapcsolata: **mama**
Lien avec le destinataire:
Relationship to the addressee:
Beziehung zum Empfänger:

Az átvevő neve: **SZÉLES (MAMA)**
Nom de la personne reprennant la pièce:
Name of the recipient:
Name der entgegennehmenden Person:

Az átvevő lakóhelye:

Adresse de la personne reprennant la pièce:
Address of the recipient:
Anschrift der entgegennehmenden Person:

(Ha az iratot a címzett helyett más, arra jogosult veszi át, az átvevő nevét, lakóhelyét, valamint a címzetthez fűződő rokoni vagy egyéb kapcsolatát fel kell tüntetni.)
(Si la pièce est remise à une personne autorisée autre que le destinataire, le nom et l'adresse de cette personne ainsi que son lien (familial ou autre) avec le destinataire doit être indiqué.)
(If the document was served to an authorised person other than the addressee, the name and address of the recipient as well as his/her family or other relationship to the addressee has to be indicated.)
(Wenn das Schriftstück statt vom Empfänger von einer anderen, dazu berechtigten Person entgegengenommen wird, muss der Name, Anschrift dieser Person, sowie seine/ihre Verwandtschafts- oder sonstige Beziehung zum Empfänger angegeben werden.)

A kézbesítő aláírása az irat átvétele esetén: **6872** [signature]
Signature de l'agent en cas de réception:
Signature of the deliverer in case of receipt:
Unterschrift des Zustellers im Fall der Entgegennahme des Schreibens:

Egyéb esetekben a kézbesítő tájékoztatása a túloldalon.
Au cas éventuel rapport de l'agent au verso
In other cases please refer to the report of the deliverer entered overleaf.
In sonstigen Fällen ist die Bericht des Zustellers auf der Rückseite zu finden.

A postai ellenőr aláírása:
Signature du contrôleur du bureau de poste:
Timbre du bureau de poste de distribution:
Seal of the post office effectuating the service:
Zustellpostamt:

# UNITED STATES DISTRICT COURT
for the

Northern District of Iowa

| | |
|---|---|
| Fraserside IP LLC, and Iowa Limited Liability Company<br>*Plaintiff*<br>v.<br>Netvertise Ltd., dba HardXXXTube.com and Richard Szeles and Laslo Racz<br>*Defendant* | )<br>)<br>)<br>)<br>)   Civil Action No.  C11-3034 MWB<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Netvertising Ltd, dba HardXXX Tube
Richard Szeles
Laslo Racz
Jozsef Attila utca 11 I/4
Szentes, Csongrad 6600
Hungary

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   07/19/2011

S/src
*Signature of Clerk or Deputy Clerk*

Reference number : XX-NMFO/JOGS2/1042/2012

# TANÚSÍTVÁNY – CERTIFICATE

Az alulírott hatóságnak van szerencséje az Egyezmény 6. cikkének megfelelően igazolni,
The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention

1. hogy az iratot kézbesítették*
   that the document has been served*

   — the **March 9, 2012** napján.

   — at **6600 Szentes, József Attila u. 11. I/4., Hungary** (kézbesítés helye; helység, utca, házszám) (place, street, number)

   — az 5. cikkben meghatározott alábbi kézbesítési módok egyike szerint:
   in one of the following methods authorised by Article 5:

   a) **a törvényes kézbesítési módok egyike szerint (5. cikk első bekezdés a) pont)***
      **in accordance with the provisions of sub-paragraph a) of the first paragraph of article 5 of the Convention***

   b) ~~az alábbi különleges formában:*~~
      ~~in accordance with the following particular method:*~~

   c) ~~a címzettnek történt egyszerű átadás útján, aki azt önként átvette*~~
      ~~by delivery to the addressee, who accepted it voluntarily*~~

   A megkeresésben megjelölt iratok az alábbi személy részére kerültek átadásra:
   The documents referred to in the request have been delivered to:

   — név:
     identity of the person: **Ms. Imréné Széles**

   — a címzetthez fűződő családi, üzleti vagy egyéb kapcsolata:
     relationship to the addressee (family, business or other): **family member**

~~2. hogy az iratot az alábbi okból nem kézbesítették:*~~
   ~~that the document has not been served, by reason of the following facts:*~~

Az Egyezmény 12. cikkének második bekezdésére figyelemmel kérjük a megkereső szervet, hogy a csatolt költségjegyzékben részletezett költségeket fizesse meg vagy térítse meg.*
In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement.*

Mellékletek – Annexes

Kiállítva
Done at
**Budapest**

Visszaküldött iratok / documents returned:

- **Copy of documents served**

Adott esetben a kézbesítés megtörténtét igazoló iratok / In appropriate cases, documents establishing the service:

- **Notice of receipt**

napján
the **March 27, 2012**

Aláírás és/vagy bélyegző / Signature and / or stamp

* a nem kívánt rész törlendő / Delete if inappropriate

| | |
|---|---|
| Feladó: **SZENTESI VÁROSI BÍRÓSÁG** Szentes, Erzsébet tér 4. 6601 Pf. 40 | „B" vevényminta Modèle avis de réception „B" Receipt model „B" Muster „B" |

Administration des postes de Hongrie

| Felvevő posta tölti ki / A remplir par le bureau d'origine, | Tértivevény külföldi hivatalos irat belföldi kézbesítéséhez | A tértivevény visszaküldendő: |
|---|---|---|
| Felvevő posta - Bureau de dépôt | Avis de réception pour la distribution intérieure des pièces internationales | **SZENTESI VÁROSI BÍRÓSÁG** Szentes, Erzsébet tér 4. 6601 Pf. 40 |
| RL 6601 002 181 913 9 | Notice of receipt for foreign document to be delivered inland Rückschein für die Zustellung von Auslandsschreiben im Inland | 6.Pk.50.213/2011. |
| Felvétel kelte Date de dépôt | | Különleges feljegyzések |

Felvevő posta
Timbre du bureau de poste d'origine
Seal of the post office of origin
Annahmenpostamt

[Stamp: SZENTES 1 MP 2012 03 08]

Külföldi bíróság megjelölése:
Indication du tribunal étranger:
Indication of the foreign court:
Bezeichnung des ausländischen Gerichts:

Egyesült Államok Kerületi Bíróság
Iowa állam északi kerülete

| | száma: No: Number: Nummer: | C11-3034 MWB | | neve: Nom: name: Name: | Széles Richárd |
|---|---|---|---|---|---|
| Az irat La pièce The document des Schreibens | neme: genre: kind: art: | idézés polgári perben | A címzett Le destinataire Addressee der Empfänger | címe: adresse: address: Adresse: | 6600 Szentes, József Attila u. 11. I/4. |
| | mellékletei: annexes: annexes: | keresetlevél | | | |

Az átvétel ideje: 2012. 03.09
Date de la réception:
Date of receipt:
Datum der Entgegennahme:

Az átvevő aláírása: [signature: Széles Imréné]
Signature du destinataire:
Signature of the recipient:
Unterschrift der entgegennehmende Person:

A címzetthez fűződő kapcsolata: mama
Lien avec le destinataire
Relationship to the addressee
Beziehung zum Empfänger:

Az átvevő neve: SZÉLES IMRÉNÉ
Nom de la personne reprennant la pièce:
Name of the recipient:
Name der entgegennehmenden Person:

Az átvevő lakóhelye:
Adresse de la personne reprennant la pièce:
Address of the recipient:
Anschrift der entgegennehmenden Person:

A kézbesítő aláírása az irat átvétele esetén: 6872 [signature]
Signature de l'agent en cas de réception:
Signature of the deliverer in case of receipt:
Unterschrift des Zustellers im Fall der Entgegennähme des Schreibens:

Egyéb esetekben a kézbesítő tájékoztatása a túloldalon.
Au cas éventuel rapport de l'agent au verso
In other cases please refer to the report of the deliverer entered overleaf.
In sonstigen Fallen ist die Bericht des Zustellers auf der Rückseite zu finden.

(Ha az iratot a címzett helyett más, arra jogosult veszi át, az átvevő nevét, lakóhelyét, valamint a címzetthez fűződő rokoni vagy egyéb kapcsolatát fel kell tüntetni.)
(Si la pièce est remise à une personne autorisée autre que le destinataire, le nom et l'adresse de cette personne ainsi que son lien (familial ou autre) avec le destinataire doit être indiqué.)
(If the document was served to an authorised person other than the addressee, the name and address of the recipient as well as his/her family or other relationship to the addressee has to be indicated.)
(Wenn das Schriftstück statt vom Empfänger von einer anderen, dazu berechtigten Person entgegengenommen wird, muss der Name, Anschrift dieser Person, sowie seine/ihre Verwandtschafts- oder sonstige Beziehung zum Empfänger angegeben werden.)

A postai ellenőr aláírása:
Signature du contrôleur du bureau de poste
Signature of post office controller

Kézbesítő posta:
Timbre du bureau de poste de distribution:
Seal of the post office effectuating the service:
Zustellpostamt: