IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| **FRASERSIDE IP LLC** *an Iowa LLC*, | ) ) ) |
| Plaintiffs, | ) C11-3034 MWB ) |
| vs. | ) PRO HAC VICE ) ORDER |
| **NETVERTISING LTD, RICHARD SZELES, LASLO RACZ, JOHN DOES 1-100 & JOHN DOE COMPANIES 1-100**. | ) ) ) ) |
| Defendants. | ) ) |

Upon application and pursuant to Administrative Order 1213,[1] **it is ORDERED** the motion for Evan Fray-Witzer (doc. no. 14) leave to appear pro hac vice is granted.

Attorney, Evan Fray-Witzer, Ciampa Fray-Witzer, LLP, 20 Park Plaza, Suite 804, Boston, MA 02116 (617) 723-5630, is admitted to practice in the Northern District of Iowa for the purpose of trying the above-captioned matter, on behalf of Defendants Netvertise, Ltd., Richard Szeles, and Laslo Racz.

**DATED** this 19th Day of April 2012

Robert L Phelps
Clerk U. S. District Court Northern District of Iowa          By Deputy Clerk: S/src

---

[1] Administrative Order 1213, filed January 31, 1994, gives the Clerk of Court authority to grant certain unresisted motions.

PROHAC.wpd