Exhibit B Iowa User Profile Samples



| | | | |
|---|---|---|---|
| **TEEN GIRL CAMS** | **BLONDE GIRL CAMS** | **BIG TITS GIRL CAMS** | **LATINA GIRL CAMS** |
| **EBONY GIRL CAMS** | **ASIAN GIRL CAMS** | **MATURE CAMS** | **LESBIAN CAMS** |
| **COUPLE CAMS** | **GROUP CAMS** | **FETISH CAMS** | **SHEMALE CAMS** |

Videos    Premium videos    Categories    Pornstars    Community    Webcam    Dating    Upload    Register!    Log in

Our COMMUNITY pages is now available on TABLETS!     Search for videos...    Search

## ANALLOVER8'S DETAILS



Send message
Add to friends

Dashboard    Favorites    Videos    Channels    Images    Friends    Info

### ANALLOVER8'S DETAILS

| | |
|---|---|
| Date of birth | 1979-01-01 |
| Orientation | N/A |
| Hair | N/A |
| Eye | N/A |
| Body | N/A |
| Lastlogin | N/A |



| | |
|---|---|
| Turns on | dick, pussy, and my own anal masturbation |
| Turns off | judgemental prude assholes |
| Anything else | iwant to fuck my ass right now.. |
| General | can never get enough in my ass |

| | |
|---|---|
| MSN messenger | N/A |
| ICQ | N/A |
| Facebook | N/A |

| | |
|---|---|
| Videos: | 2 |
| Channels: | 0 |
| Pictures: | 0 |
| favorite videos: | 0 |
| Friends: | 0 |

Sioux City, United States
Distance from me: miles ( kilometers)



**Case 3:11-cv-03034-MWB-LTS   Document 22-3   Filed 04/30/12   Page 1 of 5**

Exhibit B Iowa User Profile Samples



| | | | |
|---|---|---|---|
| TEEN GIRL CAMS | BLONDE GIRL CAMS | BIG TITS GIRL CAMS | LATINA GIRL CAMS |
| EBONY GIRL CAMS | ASIAN GIRL CAMS | MATURE CAMS | LESBIAN CAMS |
| COUPLE CAMS | GROUP CAMS | FETISH CAMS | SHEMALE CAMS |

Videos    Premium videos    Categories    Pornstars    Community    Webcam    Dating    Upload    Register!    Log

Our COMMUNITY pages is now available on TABLETS!    Search for videos...    Search

## DRJIM'S PROFILE

## LIVE FEEDS



Send message

Add to friends

SEND

**Videos**    **Channels**    **Images**    **Friends**    **Info**

### PERSONAL INFO

| | | | | |
|---|---|---|---|---|
| Name: | drjim | | | |
| Gender: | Male | | | |
| Age: | 52 | Member for: | 375 days | |
| Country: | United States | Latest activity: | N/A | |
| City: | Des Moines | Profile views: | 0 | |
| Orientation: | N/A | Upload views: | 83,520 | |

### FRIENDS

drjim don't have any friends, yet.

Show more

### UPLOADED VIDEOS



08:14            83765

**Ruthie and 2 black strangers**

Show more

Case 3:11-cv-03034-MWB-LTS   Document 22-3   Filed 04/30/12   Page 2 of 5

## Exhibit B Iowa User Profile Samples



| TEEN GIRL CAMS | BLONDE GIRL CAMS | BIG TITS GIRL CAMS | LATINA GIRL CAMS |
| EBONY GIRL CAMS | ASIAN GIRL CAMS | MATURE CAMS | LESBIAN CAMS |
| COUPLE CAMS | GROUP CAMS | FETISH CAMS | SHEMALE CAMS |

Videos    Premium videos    Categories    Pornstars    Community    Webcam    Dating    Upload    Register!    Log

Our COMMUNITY pages is now available on TABLETS!        Search for videos...    Search

## JMAN44004'S PROFILE

### LIVE FEEDS



Send message
Add to friends

SEND

Videos    Channels    Images    Friends    **Info**

### PERSONAL INFO

| Name: | jman44004 | | |
|---|---|---|---|
| Gender: | Male | | |
| Age: | 24 | Member for: | 546 days |
| Country: | United States | Latest activity: | N/A |
| City: | Ottumwa | Profile views: | 0 |
| Orientation: | N/A | Upload views: | 84,506 |

### FRIENDS

jman44004 don't have any friends, yet.

Show more

### UPLOADED VIDEOS


32:06    5544
jayman fucks


11:46    5861
jman44004 best roommate ever


04:08    52575
how to fuck your baby mamma 2


10:37    22005
how to fuck your baby mamma

Show more

Case 3:11-cv-03034-MWB-LTS   Document 22-3   Filed 04/30/12   Page 3 of 5

Exhibit B Iowa User Profile Samples



**Videos**    Premium videos    Categories    Pornstars    Community    Webcam    Dating    Upload    Register!    Log

Our COMMUNITY pages is now available on TABLETS!     Search for videos...   Search

## MASHJAMBABY92'S PROFILE

## LIVE FEEDS



Send message

Add to friends

**SEND**

**Videos**   Channels   Images   Friends   **Info**

### PERSONAL INFO

| | | | |
|---|---|---|---|
| Name: | mashjambaby9 | | |
| Gender: | Male | | |
| Age: | 101 | Member for: | 458 days |
| Country: | United States | Latest activity: | N/A |
| City: | Benton | Profile views: | 0 |
| Orientation: | N/A | Upload views: | 4,095 |

### FRIENDS

mashjambaby92 don't have any friends, yet.

**Show more**

### UPLOADED VIDEOS



00:19      4140
**my ex rubbing her tits**

**Show more**

Case 3:11-cv-03034-MWB-LTS   Document 22-3   Filed 04/30/12   Page 4 of 5

Exhibit B Iowa User Profile Samples



| | | | |
|---|---|---|---|
| TEEN GIRL CAMS | BLONDE GIRL CAMS | BIG TITS GIRL CAMS | LATINA GIRL CAMS |
| EBONY GIRL CAMS | ASIAN GIRL CAMS | MATURE CAMS | LESBIAN CAMS |
| COUPLE CAMS | GROUP CAMS | FETISH CAMS | SHEMALE CAMS |

Videos   Premium videos   Categories   Pornstars   Community   Webcam   Dating   Upload   Register!   Log

Our COMMUNITY pages is now available on TABLETS!   Search for videos...   Search

## SEXTEENMILLS'S PROFILE

## LIVE FEEDS



Send message

Add to friends

SEND

**Videos**   Channels   Images   Friends   **Info**

### PERSONAL INFO

| | | | | |
|---|---|---|---|---|
| Name: | SexTeenMills | | | |
| Gender: | Female | | | |
| Age: | 22 | Member for: | 497 days | |
| Country: | United States | Latest activity: | N/A | |
| City: | Bettendorf | Profile views: | 0 | |
| Orientation: | N/A | Upload views: | 5,055 | |

### FRIENDS

SexTeenMills don't have any friends, yet.

Show more

### UPLOADED VIDEOS



11:04   5107

**Teen girl stripping and cumming**

Show more

Case 3:11-cv-03034-MWB-LTS   Document 22-3   Filed 04/30/12   Page 5 of 5