

Open a FREE Account | Log in | Help

## HardXxxTube.com Whois Record

More Domains
Reverse Whois
History Details
Get Notified
Trademark Monitor
Screenshot History

Whois > HardXxxTube.com



| | | | |
|---|---|---|---|
| Lesbian Cams | Ebony Cams | Teen Cams | House |
| Big Tits Cams | Latina Cams | Asian Cams | Coup |
| Pregnant Cams | BBW Cams | Anal Cams | Group |
| Amateur Cams | Pornstar Cams | Shemale Cams | Gay |

**Whois Record** | Site Profile | Registration | Server Stats | My Whois

Reverse Whois: **"WhoisGuard"** was found in about **1,496,374** other domains
Email Search: support@namecheap.com is associated with about **2,139,970** domains
Registrar History: **2 registrars**
NS History: **2 changes** on 3 unique name servers over **5** years.
IP History: **11 changes** on 11 unique IP addresses over **5** years.
Whois History: **74 records** have been archived since **2007-11-09**.
Reverse IP: **20 other sites** hosted on this server.

Log In or Create a FREE account to start monitoring this domain name

**DomainTools for Windows®**
Now you can access domain ownership records anytime, anywhere... **right from your own desktop!** **Download Now>**



Country TLDs | General TLDs

Available domains for registration:
☐ HardXxxTube.at    Register
☐ HardXxxTube.be    Register
☐ HardXxxTube.ch    Register
☐ HardXxxTube.cn    Register
☐ HardXxxTube.co.uk Register
☐ HardXxxTube.dk    Register
☐ HardXxxTube.es    Register
☐ HardXxxTube.eu    Register
☐ HardXxxTube.fr    Register
☐ HardXxxTube.in    Register

**Register All Selected >**    Show all (18) >

```
Registration Service Provided By: Namecheap.com
Contact: support@namecheap.com

Visit: http://namecheap.com

Domain name: hardxxxtube.com

Registrant Contact:
    WhoisGuard
    WhoisGuard Protected ()

    Fax:
    11400 W. Olympic Blvd. Suite 200
    Los Angeles, CA 90064
    US

Administrative Contact:
    WhoisGuard
    WhoisGuard Protected (
    159efa111f2c48fc8724501766f2883f.protect@whoisguard.com )

    +1.6613102107
    Fax: +1.6613102107
    11400 W. Olympic Blvd. Suite 200
    Los Angeles, CA 90064
    US

Technical Contact:
    WhoisGuard
    WhoisGuard Protected (
    159efa111f2c48fc8724501766f2883f.protect@whoisguard.com )

    +1.6613102107
    Fax: +1.6613102107
    11400 W. Olympic Blvd. Suite 200
    Los Angeles, CA 90064
    US

Status: Locked

Name Servers:
    NS1.NETVERTISE.US
    NS2.NETVERTISE.US

Creation date: 09 Nov 2007 12:20:00
Expiration date: 09 Nov 2012 12:20:00
```

**Backorder This Domain**



**Related Results**

**Watch Free Online Videos**
Watch the Most Popular Videos. Download the **Free Video** App for PC.
free.videos.alot.com

**Ask a Lawyer: Pension Law**
A Lawyer Will Answer You Now! Questions Answered Every 9 Seconds.
Law.JustAnswer.com/Pension-Law

**100% Free Stuff**
Get Real **Free** Stuff, No Tricks, No Charge, No Kidding!
www.FreeStuffGuru.com

**Date Single Gamers Online**
**Free** Online Dating. With The Largest Community Online!
www.GamerDating.com

AdChoices

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2012 DomainTools, LLC All rights reserved.



converted by Web2PDFConvert.com