

- Free Porn Tube - Sex Tube - Mozilla Firefox
File Edit View History Bookmarks Tools Help
- Free Porn Tube - Sex Tube
hardxxxtube.com
Google
hard xxx tube
Live Sex cams
18-22 cams
Blonde cams
Amateur cams
Asian cams
Big Tits cams
Fetish cams
MILF cams
Shemale cams
Solo Girl cams
Couples Fucking
Ebony cams
Home
Top rated
Most viewed
Live Sex
Premium
Bookmark
Search Video
Sort by: Longest | Submission time | Most popular
Filter: Short videos | Long videos | All videos
Most Viewed
British first time granny..
00:16:32.00 6 days ago
68044 views 3.50 (18 votes)
SURF2XNET JUC491
02:01:09.00 7 days ago
54470 views 4.86 (7 votes)
Hot Mature 22
00:11:29.00 5 days ago
49656 views 4.23 (13 votes)
German Mom Teaches Young Boy
00:12:55.00 7 days ago
43856 views 3.76 (17 votes)
Boy caught his friends mom..
00:13:28.00 7 days ago
40817 views 5.00 (3 votes)
Short hair busty granny
00:22:46.00 7 days ago
38997 views 4.45 (11 votes)
Partner Advertisement
hardsextube
Find your perfect match tonight
JOIN FOR FREE!
Ads By HardXXXtube.com
Surfer starts here
Most Recent Videos
Gigi got really horny
00:30:06.00 today
45 views Not yet rated
BB Shower in Prague
00:23:09.00 today
36 views Not yet rated
Asian Japanese Porn dv1131
00:19:53.00 today
55 views Not yet rated
Cory sexy young brunette..
00:11:24.00 today
29 views Not yet rated
Asian Japanese Porn dv1131
00:19:53.00 today
29 views Not yet rated
www.vgr-test.com
Viagra, Cialis - $0.62/Pill

Mozilla Firefox
File Edit View History Bookmarks Tools Help
- Free Porn Tube - Sex Tube
HardSexTube Personals - Sea...
http://hardsext...e.getiton.com/
hardsextube.getiton.com
Google
hardsextube
Forgot Login?
English
Home
Join Now
Search
Video
Member Login
Username
Password
Find your perfect
Sexual Match
HardSexTube Personals offers:
Hot, local play dates selected from millions of member profiles.
Sexy member videos and live webcasts.
Live chat rooms, Instant Messaging and voice introductions
Join for FREE!
HardSexTube Personals Members!
hotlatinababe697 20/F
Northwood, Iowa
isilween 26/F
Myrtle, Minnesota
Fantasyzme 23/F
Lake Mills, Iowa
*For illustrative purposes only. Not actual member data.
Surfer is presented with this page at second step.
Surfer is presented with opportunity to meet other surfers from Northwood and Lake Mills Iowa and Myrtle, Minnesota
VeriSign Secured
Labeled with ...
Copyright © 1996-2012 Various, Inc. All rights reserved.
HardSexTube Personals is a service mark of Various, Inc.
Disclaimer: This website contains adult material, all members and persons appearing on this site have contractually represented to us that they are 18 years of age or older.
Corporate | Privacy Policy | Terms of Use | Affiliates | Help / Contact | Report Abuse

HardSexTube Personals - Registration - Mozilla Firefox
File Edit View History Bookmarks Tools Help
HardSexTube Personals - Regist...
hardsextube.getiton.com/p/register.cgi?dcb=hardsextube.getiton.com&who=r,NWZhsxVKa5UU9YIZJc7K5Nhi5d7XSqWvn4U2FqAoZ4fgzHn0P52HnBYAp9TyhEwcKpSvla71L2oRCbndG/W9vBLRe23Bx1Bc
Google
hardsextube
Member Login | English
Home
Join Now
Search
Video
Member Login
Username
Password
Take the Sexual Compatibility Survey to find the best matches in Northwood - It's FREE!
HardSexTube Personals Members near Northwood
Forest City, Iowa (20 miles)
82Shorty 28/F
Clear Lake, Iowa (18 miles)
just4fun50428 38/F
Austin, Minnesota (24 miles)
sexysuitegurl 24/F
Owatonna, Minnesota (42 miles)
3000gtfun 25/F
All fields are required
Gotta have it
Want it
Curious about it
Not that important to me
Willing to try, if asked
Never gonna happen
Giving oral sex
Receiving oral sex
Giving anal sex as a top
Receiving anal sex as a bottom
Sex toys – alone or with a partner
Cybersex
Sex on camera
Sex in public places
Being tied up
Threesomes
Group sex (4 or more)
Dominance
Submission
Role-playing
Same-sex experiences
How willing are you to try sexual practices outside your comfort zone?
Let's Get Started!
Note Forest City and Clear Lake, Iowa then Austin and Owatonna, Minnesota
Next step.

Exhibit E Join Sequence

HardSexTube Personals - Registration - Mozilla Firefox
File Edit View History Bookmarks Tools Help
HardSexTube Personals - Regist...
hardsextube.getiton.com/p/register.cgi
hardsextube
Member Login | English
Home Join Now Search Video Member Login Username Password
HardSexTube Personals Members near Northwood
Owatonna, Minnesota (42 miles)
nikki55060 34/F
Owatonna, Minnesota (42 miles)
Leah4562 37/F
Mason City, Iowa (21 miles)
moviefanatic2k 32/F
Waseca, Minnesota (45 miles)
mnkitty1987 25/F
More About You...
Other members can use these details to find you.
Skip This Step
Children: None One More than One Prefer not to say
Education: High School College Post grad Prefer not to say
Race: Caucasian Black Asian Hispanic Other Prefer not to say
Height: Short Average Tall Prefer not to say
Body Type: Average Slim Large Prefer not to say
Endowment: Smaller than average Average Large Prefer not to say
Smoking: Non-smoker Light/social smoker Regular smoker Prefer not to say
Drinking: I don't drink at all I'm a light/social drinker I drink often Prefer not to say
Drugs: I don't use drugs I use drugs occasionally I use drugs often Prefer not to say
Gambling: I don't gamble I gamble occasionally I gamble often Prefer not to say
Finish
Copyright © 1996-2012 Various, Inc. All rights reserved.