

Exhibit H Targeted Advertising to Iowa



Exhibit H Targeted Advertising to Iowa

Surfer is presented with this targeted advert