Exhibit A Google HardSex Community Search Results

+You   Search   Images   Maps   Play   YouTube   News   Mail   Documents   Calendar   More

site:community.hardsextube.com "united states"     jason@battleshipstance.com

**Search**     About 6,220 results (0.25 seconds)     SafeSearch off

Everything
Images
Maps
Videos
News
Shopping
More

Long Beach, CA
Change location

Show search tools

**MadMaxxx - Free Sex - Hard Porn - HardSexTube**
community.hardsextube.com/MadMaxxx
Name: MadMaxxx Gender: Male Age: 81 Country: **United States** City: Albany
Orientation: N/A. Member for: 664 days Latest activity: 16 days ago Profile views: ...

**beyondsane - Free Sex - Hard Porn - HardSexTube**
community.hardsextube.com/beyondsane
Name: beyondsane Gender: Male Age: 59 Country: **United States** City: N/A Orientation:
N/A. Member for: 303 days Latest activity: N/A Profile views: 66 Upload ...

**oldman1965 - Free Sex - Hard Porn - HardSexTube**
community.hardsextube.com/oldman1965
Name: oldman1965 Gender: Male Age: 46 Country: **United States** City: Novi
Orientation: N/A. Member for: 781 days Latest activity: N/A Profile views: 53596 ...

**randyrhino - Free Sex - Hard Porn - HardSexTube**
community.hardsextube.com/randyrhino
Name: randyrhino Gender: Male Age: 34 Country: **United States** City: Augusta
Orientation: N/A. Member for: 586 days Latest activity: N/A Profile views: 52 ...

**HornyGuy - Free Sex - Hard Porn - HardSexTube**
community.hardsextube.com/HornyGuy
Name: HornyGuy Gender: Male Age: 33 Country: **United States** City: North Babylon
Orientation: N/A. Member for: 1625 days Latest activity: 19 days ago Profile ...

**japlez - Free Sex - Hard Porn - HardSexTube**
community.hardsextube.com/japlez
Name: japlez Gender: Female Age: 73 Country: **United States** City: N/A Orientation:
N/A. Member for: 326 days Latest activity: 183 days ago Profile views: 535 ...

**bluewest - Free Sex - Hard Porn - HardSexTube**
community.hardsextube.com/Bluewest
Name: bluewest Gender: N/A Age: N/A Country: **United States** City: Albany
Orientation: N/A. Member for: 622 days Latest activity: N/A Profile views: 76598 ...

**interachel - Free Sex - Hard Porn - HardSexTube**
community.hardsextube.com/Interachel
Name: interachel Gender: N/A Age: N/A Country: **United States** City: Secaucus
Orientation: N/A. Member for: 640 days Latest activity: 68 days ago Profile views: ...

**mbarnum - Free Sex - Hard Porn - HardSexTube**
community.hardsextube.com/mbarnum
Name: mbarnum Gender: Male Age: 101 Country: **United States** City: Walla Walla
Orientation: N/A. Member for: 649 days Latest activity: N/A Profile views: 198 ...

**mruploads - Free Sex - Hard Porn - HardSexTube**
community.hardsextube.com/MrUploads
Name: mruploads Gender: Male Age: 33 Country: **United States** City: Albany
Orientation: N/A. Member for: 655 days Latest activity: 2 days ago Profile views: ...

1   2   3   4   5   6   7   8   9   10     Next

Advanced search     Search Help     Give us feedback

Google Home     Advertising Programs     Business Solutions     Privacy & Terms
About Google

Case 3:11-cv-03034-MWB-LTS    Document 23-2    Filed 04/30/12    Page 1 of 1