

Open a FREE Account | Log in | Help

HOME | RESEARCH | MONITOR | BUY DOMAINS | LEARN | OPEN AN ACCOUNT

More Domains
Reverse Whois
History Details
Get Notified
Trademark Monitor
Screenshot History

Whois > HardXxxTube.com

+1  Tweet  Like

# HardXxxTube.com Whois Record



| Whois Record | Site Profile | Registration | Server Stats | My Whois |

Reverse Whois: **"WhoisGuard"** was found in about **1,496,374** other domains
Email Search: support@namecheap.com is associated with about **2,139,970** domains
Registrar History: **2 registrars**
NS History: **2 changes** on 3 unique name servers over **5** years.
IP History: **11 changes** on 11 unique IP addresses over **5** years.
Whois History: **74 records** have been archived **since 2007-11-09**.
Reverse IP: **20 other sites** hosted on this server.

Log In or Create a FREE account to start monitoring this domain name

**DomainTools for Windows®**
Now you can access domain ownership records anytime, anywhere... **right from your own desktop!** Download Now>

```
Registration Service Provided By: Namecheap.com
Contact: support@namecheap.com

Visit: http://namecheap.com

Domain name: hardxxxtube.com

Registrant Contact:
   WhoisGuard
   WhoisGuard Protected ()

   Fax:
   11400 W. Olympic Blvd. Suite 200
   Los Angeles, CA 90064
   US

Administrative Contact:
   WhoisGuard
   WhoisGuard Protected (
159efa111f2c48fc8724501766f2883f.protect@whoisguard.com )
   +1.6613102107
   Fax: +1.6613102107
   11400 W. Olympic Blvd. Suite 200
   Los Angeles, CA 90064
   US

Technical Contact:
   WhoisGuard
   WhoisGuard Protected (
159efa111f2c48fc8724501766f2883f.protect@whoisguard.com )
   +1.6613102107
   Fax: +1.6613102107
   11400 W. Olympic Blvd. Suite 200
   Los Angeles, CA 90064
   US

Status: Locked

Name Servers:
   NS1.NETVERTISE.US
   NS2.NETVERTISE.US

Creation date: 09 Nov 2007 12:20:00
Expiration date: 09 Nov 2012 12:20:00
```

Backorder This Domain





**Country TLDs** | General TLDs

Available domains for registration:

| HardXxxTube.at | Register |
| HardXxxTube.be | Register |
| HardXxxTube.ch | Register |
| HardXxxTube.cn | Register |
| HardXxxTube.co.uk | Register |
| HardXxxTube.dk | Register |
| HardXxxTube.es | Register |
| HardXxxTube.eu | Register |
| HardXxxTube.fr | Register |
| HardXxxTube.in | Register |

Register All Selected >    Show all (18) >



**Related Results**


**Watch Free Online Videos**
Watch the Most Popular Videos. Download the **Free Video** App for PC.
free.videos.alot.com


**Ask a Lawyer: Pension Law**
A Lawyer Will Answer You Now! Questions Answered Every 9 Seconds.
Law.JustAnswer.com/Pension-Law


**100% Free Stuff**
Get Real **Free** Stuff, No Tricks, No Charge, No Kidding!
www.FreeStuffGuru.com

**Date Single Gamers Online**
**Free** Online Dating. With The Largest Community Online!
www.GamerDating.com

AdChoices


converted by Web2PDFConvert.com

Exhibit D WhoIs HardXXXTube
Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2012 DomainTools, LLC All rights reserved.



converted by Web2PDFConvert.com