Exhibit H Targeted Advertising to Iowa





Surfer is presented with this targeted advert