UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| FRASERSIDE IP LLC, An Iowa Limited Liability Company, ) ) ) | |
| Plaintiff, ) ) ) | CASE NO. 11-cv-03034-MWB |
| vs. ) ) | MOTION FOR EXTENSION OF TIME TO FILE A REPLY BRIEF |
| NETVERTISE LTD., d/b/a HardXXXTube.com and WHOISGUARD, d/b/a HardXXXTube.com and RICHARD SZELES, LASLO RACZ, and JOHN DOES 1 – 100 and JOE DOE COMPANIES 1 – 100, ) ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

Defendants, Netvertise LTD, Richard Szeles and Laslo Racz move for an extension of time to file its Reply to Plaintiff's Resistance to the Motion to Dismiss and in support state:

1. On April 30, 2012, Plaintiff filed its Resistance and Over length Brief in Support of its Resistance to Defendant's Motion to Dismiss.

2. On April 29th, 2012 the Plaintiff filed an over length brief in Case No: **11-cv-03033-MWB.**

3. Defendants' counsel is feverishly working to prepare a brief in case No. **11-cv-3005MWB**, yet another case pending with this Court.

4. Communications and coordination of schedules is challenging with the Defendants who are in Europe.

5. Defendants have not requested any prior extensions in this matter.

6. Defendants request up to and including Friday May 18, 2012, to file a Reply to Plaintiff's Resistance to the Motion to Dismiss.

7. Pursuant to Local Rule 7(l), the undersigned has conferred with counsel for Plaintiff regarding this request and Plaintiff's counsel has indicated that he will resist the Request for an Extension of Time.

WHEREFORE, Defendants, **NETVERTISE LTD., D/B/A HARDXXXTUBE.COM, RICHARD SZELES AND LASLO RACZ**, respectfully requests that the Court grant them up to and including May 18, 2012, to file its Reply to Plaintiff's Resistance to Motion to Dismiss.

/s/ Connie Alt
CONNIE ALT        AT0000497
JENNIFER E. RINDEN    AT0006606
        for
SHUTTLEWORTH & INGERSOLL, P.C.
500 US Bank Bldg., P.O. Box 2107
Cedar Rapids, IA 52406
PHONE:    (319) 365-9461
FAX:       (319) 365-8564
cma@shuttleworthlaw.com


/s/Valentin Gurvits
Valentin Gurvits, Esq.
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton, MA 02459
BBO # 643572
(617) 928-1804
vgurvits@bostonlawgroup.com


/s/Evan Fray-Witzer
Evan Fray-Witzer, Esq.
Ciampa Fray-Witzer, LLP
20 Park Plaza, Suite 804
Boston, MA 02116

(617) 723-5630
Evan@CFWLegal.com

**ATTORNEYS FOR DEFENDANTS NETVERTISE LTD., D/B/A HARDXXXTUBE.COM, RICHARD SZELES AND LASLO RACZ**

COPY TO:

Chad Belville
Chad Belville Attorney at Law
P.O. Box 17879
Phoenix, AZ  85066

---

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of this document was served upon counsel of record for each party to the action in compliance with FRCP 5 on May 10, 2012, by:

[ x ] Electronically via ECF for ECF registrants
[ ] U.S. Mail _____
[ ] Fax _____
[ ] Fed Ex _____
[ ] Hand Delivered _____
[ ] other _____

**By:  Heather Bertch**