IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| FRASERSIDE IP L.L.C., an Iowa Limited Liability Company,<br><br>        Plaintiff,<br><br>vs.<br><br>NETVERTISING LTD., d/b/a HardXXXTube.com, RICHARD SZELES, LASLO RACZ, JOHN DOES 1-100 AND JOHN DOE COMPANIES 1-100,<br><br>        Defendants. | No. C11-3034-MWB<br><br>**REGARDING PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE** |

_____

This case is before me on plaintiff Fraserside IP L.L.C.'s Motion To Dismiss With Prejudice (docket no. 29). In its motion, plaintiff Fraserside moves to dismiss this case with prejudice, pursuant to Federal Rule of Civil Procedure 41(a), because its claims against defendants have been settled. Plaintiff Fraserside's Motion To Dismiss With Prejudice is **granted** and plaintiff Fraserside's claims against defendants are dismissed with prejudice. Plaintiffs and defendants shall each bear their own fees and costs.

**IT IS SO ORDERED.**

**DATED** this 28th day of December, 2012.

_____
MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA